NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1008

ZOLA TURNER

VERSUS

LOUISIANA FARM BUREAU CASUALTY INSURANCE CO., ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 74675
HONORABLE PATRICK LOUIS MICHOT, DISTRICT COURT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, C.J., Oswald A. Decuir, Marc T. Amy, and Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

DECUIR, J., CONCURS IN PART AND DISSENTS IN PART FOR REASONS ASSIGNED BY JUDGE AMY.

AMY, J., CONCURS IN PART AND DISSENTS IN PART AND ASSIGNS REASONS.

AFFIRMED IN PART; AMENDED IN PART;
REVERSED IN PART; AND RENDERED.

Michael W. Campbell
Caffery, Oubre, Campbell & Garrison, L.L.P.
301 E. Kaliste Saloom - Suite 301
Lafayette, LA 70508
Telephone: (337) 232-6581
COUNSEL FOR:
    Defendants/Appellees - Louisiana Farm Bureau Casualty Insurance
    Company, et al.
John F. Broussard, Jr.

**G. Paul Marx**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**Telephone:  (337) 237-2537**
**COUNSEL FOR:**
**Plaintiff/Appellant - Zola Turner**

**David L. Bateman**
**6010 Perkins Road - Suite A**
**Baton Rouge, LA 70808**
**Telephone:  (225) 766-8484**
**COUNSEL FOR:**
**Plaintiff/Appellant - Zola Turner**